■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES DESIO, Appellant. [793 NYS2d 772]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 15, 2004 (People v Desio, 5 AD3d 606 [2004]), affirming four judgments of the Supreme Court, Queens County, all rendered March 4, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Adams, S. Miller and Luciano, JJ., concur.